IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HARVEY EPPS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-100
)
JEFFREY S. HEIN, Jail )
Administrator and LISA BOYD, )
Asst. Jail Administrator, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 24), to which no objections have been filed. After careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED**. As a result, Plaintiff's Motion to Dismiss Motion for Summary Judgment (Doc. 23) is **DENIED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA